**2017–0113.   State v. Conley.**
Marion App. No. 9–16–10, 2016-Ohio-8408.

**2017–0116.   State v. Hopkins.**
Butler App. No. CA2016–09–178.

**2017–0117.   State v. Wade.**
Jefferson App. No. 14 JE 0036, 2016-Ohio-8546.

**2017–0123.   Abrams v. Grenny Properties, L.L.C.**
Cuyahoga App. No. 104452, 2016-Ohio-8303.

**2017–0126.   State v. Barnes.**
Muskingum App. No. CT2016–0024, 2016-Ohio-8247.

**2017–0127.   State v. Chapman.**
Cuyahoga App. No. 104379, 2016-Ohio-8151.

**2017–0128.   State v. Moody.**
Montgomery App. No. 26926, 2016-Ohio-8366.

**2017–0130.   State v. Dodson.**
Franklin App. No. 16AP–160, 2016-Ohio-5953.

**2017–0134.   State v. Carter.**
Cuyahoga App. No. 104351, 2016-Ohio-8150.
    O'DONNELL, FISCHER, and DEWINE, JJ., dissent.

**2017–0136.   State v. Poulton.**
Muskingum App. No. CT2016–0023, 2017-Ohio-60.

**2017–0144.   State v. Freeman.**
Cuyahoga App. No. 103660, 2016-Ohio-8143.

**2017–0151.   State v. Green.**
Trumbull App. No. 2016–T–0101, 2017-Ohio-160.

**2017–0158.   State v. Kelly.**
Athens App. No. 15CA11, 2016-Ohio-8582.
    O'DONNELL, J., dissents.

**2017–0170.   Krohn v. Krohn.**
Wood App. No. WD–16–010, 2016-Ohio-8379.

**2017–0172.   State v. Dennison.**
Franklin App. No. 15AP–592, 2016-Ohio-8361.

**2017–0189.   State v. Degenero.**
Trumbull App. No. 2015–T–0104, 2016-Ohio-8514.

**2017–0242.   State ex rel. Curtis v. Vital Statistics Registrar, Brown Cty. Health Dept.**
Brown App. No. CA2017–01–001.
    FRENCH, J., dissents.

**2017–0262.   State v. Warman.**
Butler App. No. CA2016–02–029, 2017-Ohio-244.

**2017–0329.   State v. Finnell.**
Hamilton App. Nos. C–140547 and C–140548.

**2017–0335.   State v. Connally.**
Franklin App. No. 16AP–53.

**2017–0340.   State v. Jackson.**
Lorain App. No. 14CA010555.